**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000727
04-MAR-2026
10:38 AM
Dkt. 16 ORD**

NO. CAAP-25-0000727

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STEPHEN RICHARD KENNY, Petitioner-Appellant, v.
DAMARA HARA LANGE, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-25-0000308)

ORDER DISMISSING APPEAL
(By:  Hiraoka, Presiding Judge, and Wadsworth, and Guidry, JJ.)

Upon review of the record, it appears that:

(1)  Self-represented Petitioner-Appellant Stephen Richard Kenny (**Kenny**) filed the notice of appeal on October 20, 2025.

(2)  The court's February 18, 2026 order denied Kenny's motion for leave to proceed on appeal *in forma pauperis* and stated that within 10 days, Kenny "shall pay the filing fees in the full amount to the Supreme Court Clerk's Office[,]" and "[f]ailure to pay the filing fees may result in the appeal being dismissed."

(3)  Kenny has not complied with the February 18, 2026 order, the time for compliance has expired, and Kenny has not paid the appellate filing fees.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  See Hawaiʻi Rules of Appellate Procedure Rule 24(c) ("Failure of the unsuccessful movant to pay the unpaid filing fees or to give security for costs shall not affect the validity

of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

DATED:  Honolulu, Hawaiʻi, March 4, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge